**Gerardo CASTILLO, Petitioner–Appellant,**

v.

**LEGRAND and Nevada Attorney General, Respondents–Appellees.**

No. 14–16341

United States Court of Appeals, Ninth Circuit.

Submitted September 27, 2016 *

Filed October 03, 2016

Jeremy Baron, Federal Public Defender's Office Las Vegas, Las Vegas, NV.

Daniel M. Roche, Deputy Assistant General Counsel, Carson City, NV.

Before: TASHIMA, SILVERMAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Nevada state prisoner Gerardo Castillo appeals from the district court's judgment dismissing his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253. We review de novo a dismissal for failure to exhaust, *see Rhoades v. Henry*, 638 F.3d 1027, 1034 (9th Cir. 2011), and we vacate and remand.

Castillo contends that the district court erred in dismissing his habeas petition as unexhausted because it had discretion to stay the proceedings. After the district court dismissed Castillo's petition, this court held in *Mena v. Long*, 813 F.3d 907, 912 (9th Cir. 2016), that a "district court has the discretion to stay and hold in abeyance fully unexhausted petitions under the circumstances set forth in *Rhines v. Weber*, 544 U.S. 269 [125 S.Ct. 1528, 161 L.Ed.2d 440] (2005)." We, therefore, vacate and remand for the district court to determine in the first instance whether Castillo is entitled to a stay and for any further proceedings.

Castillo's request for judicial notice of state court records is granted.

**VACATED and REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.